UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:10-0615 |
| JOHNSON PARTNERS, INC., | ) ) | Judge Haynes/Bryant |
| Defendant. | ) | |

### O R D E R

Counsel for the plaintiff has filed a Notice of Voluntary Nonsuit (Docket Entry No. 7) for the District Judge's consideration. The initial case management conference previously set before the undersigned on Monday, August 16, 2010, at 10:30 a.m. is **CANCELED**.

There is nothing further remaining to be done by the undersigned Magistrate Judge. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the notice of voluntary nonsuit.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge